IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------ :
UNITED STATES OF AMERICA : CASE NO. 1: 06 CR 0565
:
Plaintiff :
: ORDER ADOPTING REPORT AND
-vs- : RECOMMENDATION
:
:
CRISTOBAL JACKSON, :
:
Defendant. :
------------------------------------------------------ :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

     This matter was referred to Magistrate Judge Nancy A. Vecchiarelli for a supervised release violation hearing. The hearing was held on 31 May 2012, and a Report and Recommendation ("R&R") followed. (Doc. 543). The R&R advised finding Mr. Jackson in violation of the terms of his supervised release, as admitted by the Defendant during the hearing, and advised imposing a federal sentence of eighteen

months incarceration to run consecutive to the 2 and 1/2 year sentence imposed by the state court, with no further federal court supervision to follow.

No party has objected to Magistrate Judge Vecchiarelli's recommendations. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. Thomas v. Arn, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir. 1981).

Accordingly, the Court adopts Magistrate Judge Vecchiarelli's recommendations, finds Mr. Jackson in violation of the terms of his supervised release and imposes a sentence of eighteen months incarceration to run consecutive to the 2 and 1/2 year sentence imposed by the state court, with no federal court supervision to follow.

IT IS SO ORDERED.

/s/Lesley Wells
UNITED STATES DISTRICT JUDGE

Date: 31 July 2012